UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                          CASE NO. 8:03-CR-280-T-17MAP

CURTIS WAYNE BROWN.

_____/

ORDER

This cause is before the Court on:

Dkt. 113    Motion to Correct Sentence to Reflect Additional
            Jail Time

Defendant Curtis W. Brown, pro se, has filed a letter motion requesting that his sentence be modified to reflect credit for 355 days jail time.

The Court conducted a Final Hearing on the Superseding Petition on November 10, 2015, and a Judgment of Revocation (Dkt. 111) was entered. Defendant Brown was sentenced to a term of imprisonment of 21 months, with credit for time served to be calculated by the United States Bureau of Prisons, and a term of supervised release of 24 months.

This Court has no jurisdiction to give Defendant Brown credit for time served. See United States v. Wilson, 503 U.S. 329, 336 (1992); United States v. Lucas, 898 F.2d 1554, 1556 (11th Cir. 1990). Only the Bureau of Prisons, as the designated agent of the Attorney General, has the authority to determine initially the amount of credit a federal prisoner should receive. Wilson, 503 U.S. at 335-36; Lucas, 898 F.2d at 1556. A federal inmate who disagrees with the calculation of the Bureau of Prisons must exhaust all administrative remedies and then may file a petition in the federal court pursuant to 28 U.S.C. Sec. 2241 naming the warden as defendant. See, e.g., Rodriguez v. Lamer, 60 F.3d 745, 747 (11th Cir. 1995).

Case No. 8:03-CV-280-T-17MAP

After consideration, the Court denies Defendant Brown's Motion to Correct Sentence To Reflect Additional Jail Time (Dkt. 113) without prejudice to file an appropriate petition pursuant to 28 U.S.C. Sec. 2241 in the district of incarceration if Defendant has exhausted his administrative remedies. Accordingly, it is

**ORDERED** that Defendant Brown's Motion to Correct Sentence To Reflect Additional Jail Time (Dkt. 113) is **denied without prejudice**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this _____ day of December, 2015.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record